**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1345**

DAVETTA LYNN RANGE,

       Plaintiff - Appellant,

    v.

DANA VAN METRE, Clerk in Office of the Clerk EDVA; Official Capacity; MICHAEL NACHMANOFF, Official Capacity; ANTHONY J. TRENGA, Official Capacity; STACEY, Librarian Law Library Courthouse; Official Capacity; AMAZON.COM; ANDREI IANCU; STENY H. HOYER; ROBERT C. SCOTT; UNIVERSITY OF SOUTHERN CALIFORNIA; COLOR OF CHANGE JAMES RUCKER; BLACK LIVES MATTER FOUNDATION; JOHN C. STOKES; BLACK LIVES MATTER VT LTD; NEW YORK BLACK LIVES MATTER INC; BLACK LIVES MATTER VANCOVER WA & CA; BLACK LIVES MATTER GREATER ATLANTA; DATA FOR BLACK LIVES; BILL MONTGOMERY; US COMMERCE DEPT MBDA; JOHN PODESTA; PAUL SENNOTT; BLACK LIVES MATTER NETWORK INC; BLACK LIVES MATTER TORONTO; BONNIE JARRETT; BRIAN A. JACKSON; RICHARD GERGEL; DCRA DEPT OF CONSUMER & REG AFFAIRS; APRIL GOGGINS; ACT BLUE PAC; MELANIE CAMPBELL; TONY LEE; GEORGE SOROS; STEVE LINICK; MARK RIDLEY THOMAS; BLUU & UUA CHURCH; AME CHURCH; FACEBOOK; WIKIPEDIA & WIKIMEDIA; TWITTER; GOOGLE; BLACK LIVES MATTER.COM; BLACK LIVES MATTER 5280; BEN CRUMP; MACMILLAN PUBLISHERS; ASPEN IDEAS; ENDURANCE INTERNATIONAL GROUP INC; DEMOCRATIC NATIONAL COMMITTEE & CONVENTION; UNITED NATIONS; ACLU HQ; LAW FOR BLACK LIVES; ALAMEDA COUNTY; NAACP; VIACOM/BET; THE MOVIE: THE HATE U GIVE; DA LA COUNTY; ROBERT C. SCOTT; THE TASKFORCE ON 21ST CENTURY POLICING; ANTHONY BROWN; SOUTHERN POVERTY LAW CENTER; THE HOUSE OF REPRESENTATIVES; BARBARA LEE-ODOM; LARRY GOSSETT; DEMOCRACY ALLIANCE; ALICIA GARZA; PATRISSE CULLORS; OPAL TOMETI, Women Claiming to be cofounders of my work; SA RACHEL ROLLINS; BLACK LIVES MATTER PHILLY; BLACK LIVES MATTER AT SCHOOL; NEA ED JUSTICE; THE WASHINGTON POST; THE

NY POST & AP; SEATTLE WEA @OURVOICEWEA; JESSE HAGOPIAN; SHAUN KING; DERAY MCKESSON; ASA KHALIF; SAM SINYANGWE; ALFRED STREET BAPTIST CHURCH; TIFFANY LOFTIN; PASTOR JAMAL BRYANT; TUFTS UNIVERSITY; PASTOR OTIS MOSS, III; THE STATE OF MARYLAND; THE STATE OF FLORIDA; THE STATE OF GEORGIA; THE STATE OF MISSISSIPPI; THE STATE OF NEW JERSEY; THE STATE OF NEW YORK; THE STATE OF NORTH CAROLINA; THE STATE OF PENNSYLVANIA; THE STATE OF VIRGINIA; THE STATE OF WASHINGTON; THE STATE OF WEST VIRGINIA; BLAVITY MAG.; MOVEMENT FOR BLACK LIVES MATTER ACTION FUND; BLACK LIVES MATTER MEMPHIS; SAN ANTONIO BLACK LIVES MATTER,

Defendants - Appellees.

No. 20-1349

DAVETTA LYNN RANGE,

Plaintiff - Appellant,

v.

AMAZON JEFF BEZOS; ANDREI IANCU, Under Sec'y of Commerce USPTO; STENY H. HOYER, House Majority Leader- Democratic Party; ROBERT C. SCOTT, Home Education (Dept-Committee Chair); FACEBOOK; WIKIPEDIA; TWITTER; ACT BLUE; UNIVERSITY OF SOUTHERN CALIFORNIA; MBDA GRANT RECEIVERS (BLMLA); REGENTS OF THE UNIVERSITY OF CALIFORNIA LOS ANGELES & OAKLAND; COLOR OF CHANGE; BLACK LIVES MATTER FOUNDATION; JOHN C. STOCKS, Chair of Board Open Society & NEA President; NEA; BLACK LIVES MATTER VT LTD; NEW YORK BLACK LIVES MATTER INC; BLACK LIVES MATTER VANCOUVER; BLACK LIVES MATTER GREATER ATLANTA; DATA FOR BLACK LIVES; BILL MONTGOMERY, Maricopa County Attorney/Owns TP USA; TURNING POINT USA; US COMMERCE DEPT MBDA, President Henry Childs II; JOHN PODESTA, Cap; PAUL SENNOTT, Attorney, Trademark Petitioners (unauthorized); JOHN ZAVEZ, Client, Trademark Petitioners (unauthorized); ETHAN FORREST, Attorney; BLACK LIVES MATTER NETWORK INC, Corporation ? Corporation Trust Center; BLACK LIVES MATTER TORONTO; BONNIE JANETT, NFL, Intellectual Property Counsel; JEFF PASH, Intellectual Property Counsel; JUDGE BRIAN A. JACKSON, Judge who threw out a BLM case;

RICHARD GERGEL, Judge & Speaker at Aspen Ideas; DCRA DEPT OF CONSUMER & REG AFFAIRS, EIN Registrat for DC Govt; APRIL GOGGINS, (unauthorized), Fraud Pirate, BlackLivesMatterDMV.org; ACT BLUE PAC; MELANIE CAMPBELLE, President; NCBCP; TONY LEE, Rev, Pastor; GEORGE SOROS, Owner of the Open Society Foundation; PATRICK GASPARD, President of the Open Society Foundation; OPEN SOCIETY FDD; STEVE LINICK, OIG, Office of the Inspector General State Dept; MARK RIDLEY THOMAS, Supv; UUA CHURCH; SUSAN F. GREY, Rev, Dr, President; AME CHURCH,

Defendants - Appellees.

————————

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Anthony John Trenga, District Judge; Claude M. Hilton, Senior District Judge. (1:20-cv-00123-CMH-IDD; 1:19-cv-01647-CMH-IDD)

————————

Submitted: August 20, 2020                          Decided: August 24, 2020

————————

Before WYNN and QUATTLEBAUM, Circuit Judges.[*]

————————

Affirmed by unpublished per curiam opinion.

————————

Davetta Lynn Range, Appellant Pro Se.

————————

Unpublished opinions are not binding precedent in this circuit.

---

[*] The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

PER CURIAM:

In these consolidated cases, Davetta Lynn Range appeals the district court's orders dismissing her civil actions as frivolous and for failure to state a claim, reassigning her original action to a different judge, and denying a variety of postjudgment motions. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(ii). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Range v. Van Metre*, No. 1:20-cv-00123-CMH-IDD (E.D. Va. Feb. 20 & Mar. 2, 6 & 17, 2020); *Range v. Bezos*, No. 1:19-cv-01647-CMH-IDD (E.D. Va. Jan. 23 & Feb. 5, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*